August 21, 2009

Mr. James C. Fling
Adkins & Fling
901 S. Main St.
Shamrock, TX 79079
Mr. Harold H. Pigg
Law Offices of Harold H. Pigg
P.O. Box 6887
Lubbock, TX 79493-6887

RE: Case Number: 08-0618
 Court of Appeals Number: 07-06-00250-CV
 Trial Court Number: 11632

Style: BENNY BENNETT AND WIFE, MARY BENNETT
 v.
 RICHARD MCDANIEL, INDIVIDUALLY AND D/B/A RICHARD MCDANIEL, INC.,
 D/B/A B.R. ROOFING, A/K/A B&R ROOFING

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sherri |
| |Jones |
| |Ms. Peggy |
| |Culp |